# HANGLEY ARONCHICK SEGAL & PUDLIN SCHILLER

ATTORNEYS AT LAW / A PROFESSIONAL CORPORATION

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:_____**
**DATE FILED:__03/25/2026**

One Logan Square
27th Floor
Philadelphia, PA 19103-6933
215.568.0300/facsimile

www.hangley.com

PHILADELPHIA, PA

CHERRY HILL, NJ

PLYMOUTH MEETING, PA

**Ronald P. Schiller**
**Direct Dial: 215.496.7020**
**E-mail: rschiller@hangley.com**

March 25, 2026

**Via CM/ECF**

Hon. Katharine H. Parker
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> **APPLICATION GRANTED:** The Initial Conference set for 4/6/2026 at 11:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Monday, May 11, 2026, at 3:00 p.m.</u>
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
> **03/25/2026**

  RE:   *Ironshore Specialty Insurance Company v. Caesarstone LTD f/k/a Caesarstone Sdot-Yam LTD and Caesarstone USA, Inc.*
   **Civil Action No. 1:25-cv-05707**

Dear Judge Parker:

I write as lead counsel for Plaintiff/Counterclaim Defendant Ironshore Specialty Insurance Company ("Ironshore") in the above-referenced matter. Under Section I, Subsections (b) and (c) of Your Honor's Individual Practices in Civil Cases, Ironshore <u>respectfully requests that Your Honor reschedule the Case Management Conference currently scheduled for April 4, 2026 at 11:00 a.m. in New York, New York to a new date. I am attached for a jury trial in the United States District Court for the Central District of California on March 31, 2026, in the matter captioned *Nantcell, Inc., et al. v. Liberty Insurance Underwriters, Inc.,* No. 2:25-cv-02267-SVW-MAA. The jury trial is expected to proceed for two weeks (through April 10).</u>

<u>This is the first request for an adjournment or extension, and Defendants/Counterclaim Plaintiffs Caesarstone LTD f/k/a Caesarstone Sdot-Yam LTD and Caesarstone USA, Inc. consent to this request.</u> Counsel for both parties have confirmed availability the following week, on April 13 and April 17.

Respectfully,

*Ronald P. Schiller*

Ronald P. Schiller

cc: All counsel (via CM/ECF)