**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

IRONSHORE SPECIALTY INSURANCE
COMPANY,

                              Plaintiff,

                  -against-

CAESARSTONE LTD. f/k/a CAESARSTONE
SDOT-YAM LTD. et al.,

                              Defendants.

------------------------------------------------------------------X

**25-CV-5707 (JHR) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On May 11, 2026, the parties appeared for an Initial Case Management Conference. After review of the pleadings and consultation with the Parties, the Court directs Defendant to meet and confer with Defendant's coordinating counsel for the underlying actions in California and other states. By **June 10, 2026**, the Parties shall submit a joint letter – of no more than four pages – detailing their proposed discovery over the next six months. The Parties shall include a summary of any discovery disputes in the letter.

                        **SO ORDERED.**

DATED:        New York, New York
              May 12, 2026

                                                          _____
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge