**K&L GATES**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___06/16/2026___

Frederic J. Giordano
Partner
Frederic.giordano@klgates.com

T +1 973 848 4035
F +1 973 848 4001

June 16, 2026

**By ECF**

The Honorable Katharine H. Parker, U.S.M.J.
Daniel Patrick Moynihan United States Court House
500 Pearl Street
New York, NY 10007-1312

Re:    **Letter Motion to Adjourn June 30, 2026 Case Management Conference**
       *Ironshore Specialty Insurance Company v. Caesarstone Ltd. f/k/a Caesarstone Sdot-Yam Ltd. and Caesarstone USA, Inc.*, **Case No. 1:25-cv-5707 (S.D.N.Y.)**

Dear Judge Parker:

This firm represents the Defendants/Counterclaimants ("Caesarstone") in the above-referenced action. We write with consent from counsel for the Plaintiff ("Ironshore"), Ronald P. Schiller of Hangley Aronchick Segal Pudlin & Schiller, to respectfully request an adjournment of the Case Management Conference currently scheduled for June 30, 2026. Counsel for Caesarstone has a scheduling conflict on June 30, 2026, necessitating the request for an adjournment. The soonest date that both parties are mutually available thereafter to attend an in-person conference is the week of July 20, 2026. The parties offer the following dates as available: July 20, 2026, July 21, 2026, July 22, 2026, and July 24, 2026. This is the first request for an adjournment of June 30, 2026 Case Management Conference.

Moreover, the parties respectfully inquire into whether the Court would be amenable to conducting the Case Management Conference by videoconference or telephone as contemplated by Section II(g) of Your Honor's Individual Practices in Civil Cases.

The parties thank the Court for its time and consideration of this request.

Respectfully,                              Respectfully,

*/s/ Frederic J. Giordano*                 */s/ Ronald P. Schiller*
Frederic J. Giordano                       Ronald P. Schiller

**K&L Gates LLP**                          **Hangley Aronchick Segal Pudlin &**
*Attorneys for Caesarstone Ltd. f/k/a*     **Schiller**
*Caesarstone Sdot-Yam Ltd. and*            *Attorneys for Plaintiff*
*Caesarstone USA, Inc.*                    *Ironshore Specialty Insurance Company*

> **APPLICATION GRANTED:** The Case Management Conference in this matter scheduled for 06/30/2026, at 3:00 p.m. is hereby rescheduled to **Monday, July 20, 2026 at 12:00 p.m.** and converted to a telephonic proceeding. Counsel for the parties are directed to call Judge Parker's teleconference line at the scheduled time. **Please dial (646)-453-4442, conference ID 561 129 390#.**
>
> APPLICATION GRANTED
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J. 06/16/2026