USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

IRONSHORE SPECIALTY INSURANCE COMPANY,

Plaintiff,

-against-

CAESARSTONE LTD. f/k/a CAESARSTONE SDOT-YAM LTD. et al.,

Defendants.

---------------------------------------------------------------X

**25-CV-5707 (JHR) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On July 20, 2026, the Parties appeared before the undersigned for a Case Management Conference. As set forth in further detail on the record:

Caesarstone's proposal to redact information in its productions to remove details relevant to Ironshore's knowledge-based defenses is DENIED on the basis that such redactions would be inefficient in the instant action and there is no basis to redact the information given it was included in reports that were already provided to insurers in underlying actions including Ironshore.

The Court also sets the following schedule for discovery: All fact discovery, including depositions, shall be completed by **October 19, 2026**. Depositions are limited to **ten** per party. Affirmative expert reports shall be served by **November 19, 2026**, rebuttal expert reports shall be served by **December 21, 2026**, and all expert discovery shall be completed by **January 19, 2027**. Moreover, the parties have agreed that Caesarstone will in good faith endeavor to provide the available discovery in bi-monthly tranches on **August 10, 2026**; **October 12, 2026**; and **December 14, 2026**.

In lieu of scheduling a case management conference, the Court requests a status letter update by **October 20, 2026**.

**SO ORDERED.**

DATED: New York, New York
July 20, 2026

Katharine H Parker
_______________________________
KATHARINE H. PARKER
United States Magistrate Judge