USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

IRONSHORE SPECIALTY INSURANCE COMPANY,

Plaintiff,

-against-

CAESARSTONE LTD. f/k/a CAESARSTONE SDOT-YAM LTD. et al.,

Defendants.

---------------------------------------------------------------X

**25-CV-5707 (JHR) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court thanks the parties for their October 20, 2026 status letter and directs the parties to file another joint status update **by December 18, 2026** following Caesarstone's December production.

**SO ORDERED.**

DATED: New York, New York
October 21, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge